Michael Francis Murray#13867-038
C/O P.O. BOX. 9004
Ray Brook, New York. 12977

Ms.Barbara Morse
Pro Se Staff Attorney
One Courthouse Way
Boston, Massachusetts. 02210

Re: Habeas Corpus Filing

Dear Ms.Morse,

　　　　　Hopefully I am directing this inquiry to you properly
in your capacity as "Pro Se Staff Attorney."

　　I have enclosed a copy of a directive from the clerk of the
District Court in Syracuse, New York.

　　I realize this directive is somewhat vague Ms.Morse, but
quickly what prompted it, was my filing of a Petition for Habeas
Corpus, pursuant to 28 U.S.C. §§ 2241, 2243 in the above mentioned
Court, during the second week of February 2001.

　　In the Court's infinite wisdom (after 34 months) they have
decided the best avenue for me is to seek relief in my Sentencing
Court (District of Massachusetts) by way of a 28 U.S.C. § 2255.

　　My question Ms.Morse is that although the Court in New York
is sending a complete record of all the proceedings in New York,
am I to treat this matter as a "First Petitioner" and fill out
the application forms and all once again, or is the Court in
Massachusetts empowered to re- characterize my Petition "As Filed"

-1-

from a § 2241 to a §2255 with my knowledge and consent?

In closing I thank you for your time and efforts re this important matter.

Dated this _21ˢᵗ_ day of _January_ A.D. 2004.

_Michael Francis Murray_
_____Michael Francis Murray_____


CC:FILE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN
CLERK

100 S. CLINTON STREET
P.O. BOX 7367
SYRACUSE, NEW YORK 13261-7367
(315) 448-0507

December 29, 2003

Tony Anastas
Clerk, U.S. District Court
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

COPY

Re:  Murray v. Warden, F.C.I. Ray Brook 9:01-CV-255 NAM/GLS

Dear Clerk:

In accordance with the order transferring this case to your district, we are enclosing the following:

1. Certified copy of docket entries

2. Certified copy of transfer order

3. Original filed documents

Please acknowledge receipt of the above on the copy of this letter along with the new case number and return to this office.  Thank you.

Very truly yours,

LAWRENCE K. BAERMAN

DATE RECEIVED        /    /2004
by:_____

New Case #
Encls

by: _____
        Leslie J. Ricker
        Deputy Clerk