


UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

January 29, 2004

Mr. Michael F. Murray
Reg. No. 13867-038
FCI Ray Brook
P.O. Box 9004
Ray Brook, NY  12977

Dear Mr. Murray:

I received your letter dated January 21, 2004 accompanied by a copy of a December 29, 2003 transfer letter issued by Clerk of the Northern District of New York transferring Murray v. Warden, F.C.I. Ray Brook, No. 9:01-cv-255 NAM/GLS to the District of Massachusetts.

Among other things your letter asks whether "the Court in Massachusetts [is] empowered to re-characterize [your] petition 'As Filed' from a § 2241 to a § 2255."

Please note that employees of the Court are prohibited from providing legal advice on how to proceed with lawsuits. Because your inquiry requires an interpretation of law, I am unable to answer your question.

As a courtesy, I have enclosed a copy of the docket sheet for Murray v. Warden, F.C.I. Ray Brook, C.A. No. 04-10064-WGY. Please note that the docket indicates that you are represented by counsel.  If so, you may wish to direct your questions to counsel.

Finally, I will forward a copy of your letter and this reply to Chief Judge Young's clerk for entry on the docket of Murray v. Warden, F.C.I. Ray Brook, C.A. No. 04-10064-WGY.

I hope that this letter addresses your concerns.

Sincerely,

Barbara Morse
Pro Se Office