UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael Francis Murray ) | |
| ) | |
| Petitioner ) | Case No. 04-10064 |
| ) | |
| .v. ) | Notice of Appeal |
| ) | |
| WARDEN, FCI RAY BROOK ) | |
| ) | |
| Respondent(s) ) | |

| | | |
|---|---|---|
| Essex County ) | | |
| ) | ss | |
| New York State ) | | |

Please be advised that this timely "Notice of Appeal" is in regards to the Judgment entered by Judge, William G. Young on February 9, 2004 in regards to the above cited matter, (a copy of which is attached and incorporated herein by reference).

February 20, 2004

_____
Michael Francis Murray  sui juris

Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-10064

RE:   Civil / Criminal No. _____

Title:        **Murray v. Waarden, FCI RayBrook**
                   **N O T I C E**

Please take notice that the above-entitled case previously assigned to

Judge __Tauro__ has been transferred to Judge __Young__ for all further proceedings.

From this date forward the case number on all pleadings should be followed by the initials

**WGY.**

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

/s/ Sherry A. Spencer
By: _____
Deputy Clerk

Date: 01/22/04

_____ Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____ Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(In-House re-assign-recusal.wpd - 12/98)    DOCKETED    [ntccsasgn.]

February 3, 2004,
This petition under 28 U.S.C. § 2241 is dismissed pursuant to the rules governing such petitions because 1) this is a second and successive petition and 2) Apprendi is not retroactive to cases such as this. The motion for bail is denied as moot and the motion of counsel to withdraw is allowed.

William G. Young
Chief Judge

## CERTIFICATE OF SERVICE

I, Michael Francis Murray do hereby attest and affirm that I caused the attached "Notice of Appeal" to be filed in the matter docketed as Case No. 04-10064, pursuant a judgment entered in this matter on February 9, 2004, by District Judge, William G. Young. A true copy of the same were mailed via U.S.Mail from the Federal Correctional Institution at Ray Brook, New York on this 20th day of February A.D.2004 an addressed in the following manner to wit:

> Certified Mail No. 7002 2030 0001 2661 2912
> Clerk, United States District Court
> One Courthouse Way
> Boston, Massachusetts 02210

and to:

> Office of the United States Attorney
> One Courthouse Way
> Boston, Massachusetts 02210

The above facts and statements are true, correct, certain and complete and are not meant to mislead, further they are made knowing the penalty for bearing false witness.

*Michael Francis Murray*
Michael Francis Murray sui juris

Page 2 of 2