UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Date: 7-19-04
By: _____
Deputy Clerk

Michael Francis Murrey )
    Petitioner )
                      )
v                     )
                      ) Docket No. 04-cv-10064 -WGY
WARDEN, FCI RAY BROOK )    Petition for
    Respondent       ) "Certificate of Appealability"
                      )

Essex County    )
                ) ss
New York State  )

COME NOW, Michael Francis Murray, hereinafter, "Petitioner" in the above captioned matter and moves this Honorable Court to issue a "Certificate of Appealability" pursuent to 28 U.S.C § 2253 from a denial of the District Court on February 9, 2004. This matter has travelled back and forth from Petitioner to the Appeals Court as two different docket numbers were assigned to basically the same matter, therein causing this delayed request.

### GROUNDS

Did District Court Judge, William G. Young err in his decision to treat Petitoner's Habeas as a "Second or Successive" petition?

Petitoner, prays that this Honorable Court will grant this "Certificate of Appealability" in the interest of justice.

Dated this 15th day of July A.D. 2004

Sincerely Presented,

Michael Francis Murray

Certificate of Service

I Michael Francis Murray, do hereby attest and affirm that I caused a true and correct copy of the attached petition for Certificate of Appealability to be mailed via first class U.S. mail and addressed in the following manner to wit:

    Clerk, U.S. Court of Appeals
    One Courthouse Way Rm. 2500
    Boston, Massachusetts 02210

            +

    Office of the U.S. Attorney
    One Courthouse Way
    Boston, Massachusetts 02210

These documents were mailed from the Institutional mail box at the Federal Correctional Institution at Ray Brook, New York on this 15th day of July A.D. 2004.

The above facts and statements are true, correct, certain and complete and are not ment to mislead, further they are made knowing the penalty for bearing false witness.

_____
Michael Francis Murray