# United States Court of Appeals
## For the First Circuit

No. 04-1313

MICHAEL F. MURRAY,

Petitioner, Appellant,

v.

WARDEN, FCI RAY BROOK,

Respondent, Appellee.

Before

Selya, Lynch, and Lipez, Circuit Judges.

JUDGMENT

Entered: July 29, 2005

    Petitioner, Michael Francis Murray, seeks a certificate of appealability of the United States District Court for the District of Massachusetts' summary dismissal of his petition for habeas corpus filed pursuant to 28 U.S.C. § 2255.  Petitioner argued in his habeas petition that, in light of the United States Supreme Court's decision in Apprendi v. New Jersey, 530 U.S. 466 (2000), the trial court should have sentenced him to the lowest, un-enhanced maximum sentence for his conviction.  From that premise, he further argued that his thirty-year sentence exceeded the statutory maximum, was excessive, and that the indictment was defective because it failed to allege quantity.

    Now, in his application, he primarily contends that the United States District Court for the District of Massachusetts erred in concluding that his petition was his second or successive 2255 petition.  Even if, arguendo, we agree that this is his first 2255 petition, we nevertheless conclude he fails to show that the

district court erred as to the merits of his petition. The petition is premised upon the notion that <u>Apprendi</u> applies retroactively to his case. We have ruled, however, that <u>Apprendi</u> "prescribes a new rule of criminal procedure" which may not be applied retroactively to cases on collateral review. See <u>Sepulveda v. United States</u>, 330 F.3d 55, 63 (1st Cir. 2003). Thus, petitioner has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c). Accordingly, we <u>deny</u> his application for a certificate of appealability and <u>dismiss</u> his appeal.

By the Court:

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By /s/ Linda Barry  Date: 7-29-5

Richard Cushing Donovan, Clerk.

[Cert. cc: Hon. William G. Young and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Murray, Roberts and Ms. Chaitowitz]